**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1359**

_____

RANI ALLAN,

        Plaintiff - Appellant,

     v.

DANIEL NATHAN GIGI; SHLOMO GIGI; ARLINGTON COUNTY; CARLY WHISNER; ROBERT STANLEY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:23-cv-00867-AJT-IDD)

_____

Submitted:  October 30, 2025               Decided:  November 14, 2025

_____

Before AGEE, Circuit Judge, and TRAXLER and KEENAN, Senior Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rani Allan, Appellant Pro Se.  Whitney Alanna Davis, Ryan Carson Samuel, COUNTY ATTORNEY'S OFFICE, Arlington, Virginia; Blaire Hawkins O'Brien, Glen Allen, Virginia, Leslie A. Winneberger, HARMAN CLAYTOR CORRIGAN & WELLMAN, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rani Allan appeals the district court's orders granting defendants' motions to dismiss Allan's amended 42 U.S.C. § 1983 complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Allan v. Gigi*, No. 1:23-cv-00867-AJT-IDD (E.D. Va. Nov. 13, 2023; Mar. 27, 2024; Apr. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*